PEASE v. WHITE MFG. CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 14, 1900.) No. 1,192. Appeal from the Circuit Court of the United

States for the District of Minnesota. P. H. Gunckel and William H. Blodgett, for appellant. A. C. Paul and C. G. Hawley, for appellees. No opinion. Affirmed, with costs, on authority of the opinion of the circuit court. 89 Fed. 589.